**BARRETT S. LITT**, SBN 45527
**PAUL J. ESTUAR**, SBN 167764
LITT, ESTUAR & KITSON, LLP
1055 Wilshire Boulevard, Suite 1880
Los Angeles, California 90017
Telephone: (213) 386-3114
Facsimile: (213) 380-4585
E-Mail: pestuar@littlaw.com

JS-6

**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
(213) 252-9444; (213) 252-0091 facsimile
E-Mail: manncook@earthlink.net

**CYNTHIA ANDERSON-BARKER**, CSB 175764
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
(213) 381-3246
E-Mail: cablaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. WATSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, CHIEF CHARLIE BECK, STATE OF CALIFORNIA, COMMISSIONER JOSEPH A. FARROW, and DOES 1-100,<br><br>Defendants. | Case No.<br>2:12-cv-03371-JHN-CW x<br><br>**ORDER REMANDING COMPLAINT TO STATE COURT** |

Upon the parties' stipulation, IT IS HEREBY ORDERED that this action be remanded to the Los Angeles County Superior Court forthwith.

DATED: April 26, 2012

_____
**HON. JACQUELINE H. NGUYEN**
Judge, United States District Court

-1-                                                                 WATSON ord.WPD